IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20685
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GRATINIANO TOVAR-VALENCIA, also known as
Carlos Alberto Ramirez-Hurtado, also known as
Daniel Gonzalez Velazquez, also known as Grati,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-168-1
- - - - - - - - - -

April 26, 1999

Before KING, Chief Judge, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Gratiniano Tovar-Valencia has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Tovar-Valencia has filed a response. Our independent review of counsel's brief, the record, and Tovar-Valencia's response discloses no nonfrivolous issue. Accordingly, counsel's motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Tovar-Valencia's APPEAL is DISMISSED.